UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY WINSTON HALL,

                Plaintiff,

-against-

SELECT PORTFOLIO SERVICING INC., *et al.*,

                Defendants.

24-CV-2210 (LTS)

ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*.[1] To proceed with a civil action in this court, a plaintiff must either (1) pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee, or (2) request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 24-CV-2210. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

---

[1] Plaintiff's complaint is captioned for the United States District Court for the Eastern District of New York, located in Brooklyn, New York. A search of the Public Access to Court Electronic Records ("PACER") system reveals that on March 25, 2019, Plaintiff filed an action against Select Portfolio Services, Inc. in that court. *See Hall v. Select Portfolio Servs., Inc.*, No. 19-CV-01683 (ENV) (E.D.N.Y. June 14, 2019) (dismissing action for Plaintiff's failure to file an amended complaint).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 27, 2024
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge