UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANOTHONY WINSTON HALL,

                                Plaintiff,

          -against-

SELECT PORTFOLIO SERVICING INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

24-CV-02210 (JHR) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2024

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants filed a motion to dismiss the Plaintiff's complaint. By July 8, 2024, Plaintiff shall either file an opposition to the Defendants' motion to dismiss or file an amended complaint. If Plaintiff files an opposition, Defendants may file a reply, if any, by July 22, 2024. The Court recommends that the Plaintiff review the attached document titled "Motions" for further guidance.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      June 10, 2024
                New York, New York