UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTHONY WINSTON HALL,

                              Plaintiff,                        24-CV-02210 (JHR)(SN)

         -against-                              **ORDER**

SELECT PORTFOLIO SERVICING INC., et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff seeks an order authorizing the deposit of $40,000,000 in "interpleader funds" into the Court Registry Investment System (CRIS), and an order authorizing the disbursement of such funds to Plaintiff. To the extent Plaintiff is seeking security for his pending claims pursuant to Rule 67 of the Federal Rules of Civil Procedure, such request is DENIED. Because there is no CRIS account that holds Plaintiff's "interpleader funds," the request for an order authorizing disbursement is also DENIED.

      The Clerk of Court is requested to terminate the motion at ECF No. 33.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 20, 2024
               New York, New York