**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY WINSTON HALL,

                Plaintiff,                  24 **CIVIL** 2210 (JHR)(SN)

      -against-                        **<u>JUDGMENT</u>**

SELECT PORTFOLIO SERVICING INC., et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, the Court has carefully reviewed the Report and Recommendation in any event and, unguided by objections, finds no clear error. The Report and Recommendation is well reasoned and grounded in fact and law. The Court dismisses this action with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         March 31, 2025

                                                  **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                           **BY:**       *K. Mango*

                                                        **Deputy Clerk**